**Debtor.**

## STATEMENT OF OPERATIONS RE: 11 U.S.C. § 1116

The following document is attached pursuant to 11 U.S.C. § 1116:

- Statement of Operations.

Respectfully submitted,

Dated: March 31, 2017

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
Email    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
Email    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T        972-578-1400
F        972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

# Night Horse Co, LLC dba Banner and Sign Express
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Merchandise Sales | 401,460.13 |
| **Total Income** | 401,460.13 |
| **Cost of Goods Sold** | |
| COGS | 110,427.60 |
| Freight and Shipping | 64.94 |
| Merchant Account Fees | 4,803.67 |
| **Total COGS** | 115,296.21 |
| **Gross Profit** | 286,163.92 |
| **Expense** | |
| Amortization Expense | 136,333.33 |
| Automobile Expense | |
| Fuel | 2,501.87 |
| Service | 2,763.88 |
| Tolls | 786.36 |
| **Total Automobile Expense** | 6,052.11 |
| Bank Service Charges | 1,962.87 |
| Contract Labor | 1,650.00 |
| Depreciation Expense | 316.80 |
| Dues and Subscriptions | 2,546.10 |
| Equipment Rental | 2,194.60 |
| Insurance Expense | |
| General Liability | 7,719.90 |
| Health Insurance | 1,695.48 |
| Workman's Compensation | 2,687.90 |
| **Total Insurance Expense** | 12,103.28 |
| Interest Expense | 26,265.06 |
| Licenses and Permits | 1,307.25 |
| Meals and Entertainment | 593.81 |
| Office Supplies | 3,804.39 |
| Payroll Expenses | 0.00 |
| Postage and Delivery | 7,920.04 |
| Professional Fees | |
| Accounting Fees | 2,725.00 |
| Consulting | 591.00 |
| Legal Fees | 11,717.00 |
| **Total Professional Fees** | 15,033.00 |
| Rent Expense | 18,960.00 |
| Repairs and Maintenance | 4,060.98 |
| Salaries/Wages | 87,285.40 |

# Night Horse Co, LLC dba Banner and Sign Express
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Taxes** | |
| Futa Tax | 126.00 |
| Medicare | 1,265.64 |
| Property Taxes | 860.65 |
| Sales Tax Paid | 21,340.15 |
| Social Security | 5,411.69 |
| Suta | 145.12 |
| **Total Taxes** | 29,149.25 |
| Telephone Expense | 2,338.70 |
| Travel | 3,201.77 |
| Utilities | 13,913.44 |
| **Total Expense** | 376,992.18 |
| **Net Ordinary Income** | -90,828.26 |
| **Net Income** | **-90,828.26** |

# Night Horse Co, LLC dba Banner and Sign Express
## Profit & Loss
### January through December 2016

|  | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 |
|---|---|---|---|---|---|
|  | 14,105.57 | 29,983.15 | 32,518.75 | 61,308.42 | 25,071.89 |
|  | 14,105.57 | 29,983.15 | 32,518.75 | 61,308.42 | 25,071.89 |
|  | 262.50 | 3,602.48 | 6,092.18 | 36,579.04 | 5,859.48 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 327.44 | 323.48 | 131.51 | 590.89 | 489.50 |
|  | 589.94 | 3,925.96 | 6,223.69 | 37,169.93 | 6,348.98 |
|  | 13,515.63 | 26,057.19 | 26,295.06 | 24,138.49 | 18,722.91 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 179.63 | 103.17 | 214.64 | 147.00 | 213.04 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
|  | 146.00 | 0.00 | 0.00 | 80.00 | 66.00 |
|  | 325.63 | 103.17 | 214.64 | 227.00 | 479.04 |
|  | 159.93 | 142.92 | 134.77 | 173.47 | 222.67 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 718.86 | 33.04 | 33.04 | 33.04 | 390.84 |
|  | 179.20 | 176.20 | 176.20 | 180.29 | 138.31 |
|  | 789.01 | 789.01 | 789.01 | 789.01 | 841.53 |
|  | 1,843.36 | 11,868.49 | 8,944.13 | 1,810.17 | 1,798.91 |
|  | 481.00 | 75.00 | 75.00 | 0.00 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 38.67 |
|  | 220.19 | 81.89 | 107.08 | 210.73 | 210.88 |
|  | 7,385.24 | 7,355.16 | 7,068.82 | -21,809.22 | 6,926.67 |
|  | 31.72 | 1,157.13 | 65.33 | 681.95 | 0.00 |
|  | 647.72 | 647.72 | 647.72 | 647.72 | 700.24 |
|  | 141.29 | 141.29 | 141.29 | 141.29 | 141.29 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 450.00 | 0.00 | 0.00 | 0.00 | 141.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 11,717.00 |
|  | 450.00 | 0.00 | 0.00 | 0.00 | 11,858.00 |
|  | 1,580.00 | 1,580.00 | 1,580.00 | 1,580.00 | 1,580.00 |
|  | 228.20 | 367.99 | 713.98 | 422.49 | 176.65 |
|  | 0.00 | 0.00 | 0.00 | 28,434.00 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 111.80 | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 412.29 | 0.00 |
|  | 0.00 | 1,580.00 | 904.45 | 1,735.41 | 0.00 |
|  | 1,475.93 | 860.65 | 0.00 | 1,762.91 | 0.00 |
|  | 0.00 | 2,404.36 | 0.00 | 90.73 | 0.00 |
|  | 0.00 | 8.46 | 0.00 |  |  |

# Night Horse Co, LLC dba Banner and Sign Express
## Profit & Loss
### January through December 2016

|  | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 |
|---|---|---|---|---|---|
|  | 1,475.93 | 3,273.47 | 904.45 | 4,113.14 | 0.00 |
|  | 131.62 | 0.00 | 357.40 | 31.55 | 380.93 |
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 1,922.39 | 697.30 | 0.00 | 822.17 | 1,596.30 |
|  | 17,922.28 | 27,700.77 | 21,163.85 | 17,699.79 | 26,639.40 |
|  | -4,406.65 | -1,643.58 | 5,131.21 | 6,438.70 | -7,916.49 |
|  | -4,406.65 | -1,643.58 | 5,131.21 | 6,438.70 | -7,916.49 |

# Night Horse Co, LLC dba Banner and Sign Express
## Profit & Loss
### January through December 2016

| | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|
| | 42,223.68 | 42,644.26 | 15,423.86 | 28,620.96 | 50,646.08 |
| | 42,223.68 | 42,644.26 | 15,423.86 | 28,620.96 | 50,646.08 |
| | 16,577.32 | 8,199.14 | 991.59 | 2,487.66 | 16,440.49 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 351.15 | 393.12 | 288.08 | 224.41 | 791.09 |
| | 16,928.47 | 8,592.26 | 1,279.67 | 2,712.07 | 17,231.58 |
| | 25,295.21 | 34,052.00 | 14,144.19 | 25,908.89 | 33,414.50 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 136,333.33 |
| | 140.93 | 166.62 | 414.52 | 173.25 | 331.86 |
| | 248.06 | 0.00 | 663.10 | 25.50 | 1,601.72 |
| | 0.00 | 140.15 | 146.21 | 80.00 | 48.00 |
| | 488.99 | 306.77 | 1,223.83 | 278.75 | 1,981.58 |
| | 157.18 | 202.09 | 161.83 | 147.82 | 140.92 |
| | 900.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 316.80 |
| | 40.75 | 40.84 | 1,102.28 | 40.84 | 30.89 |
| | 138.31 | 144.84 | 138.71 | 138.71 | 138.71 |
| | 1,25.48 | 633.60 | 0.00 | 827.23 | 842.23 |
| | 141.29 | 141.29 | 141.29 | 141.29 | 141.29 |
| | 0.00 | 1,554.06 | 0.00 | 349.02 | 349.02 |
| | 1,566.77 | 2,328.95 | 141.29 | 1,317.54 | 1,332.54 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 128.75 | 0.00 | 130.50 | 0.00 | 282.00 |
| | 9.73 | 156.03 | 98.62 | 0.00 | 267.98 |
| | 424.24 | 75.62 | 84.75 | 1,094.71 | 549.90 |
| | 6,582.15 | 8,847.97 | 7,396.41 | 7,651.33 | -54,405.65 |
| | 2,693.78 | 192.98 | 18.80 | 2,017.35 | 82.50 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1,580.00 | 1,580.00 | 1,580.00 | 1,580.00 | 1,580.00 |
| | 140.00 | 70.00 | 156.29 | 748.69 | 378.88 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 14.20 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 853.35 |
| | 1,753.23 | 1,322.19 | 2,581.65 | 944.50 | 1,637.08 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 3,648.78 |
| | 19.49 | 0.00 | 0.00 | 26.44 | 0.00 |

# Night Horse Co, LLC dba Banner and Sign Express
## Profit & Loss
### January through December 2016

| | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|
| | 1,772.72 | 1,322.19 | 2,581.65 | 970.94 | 6,153.41 |
| | 463.29 | 231.55 | 0.00 | 416.16 | 63.10 |
| | 0.00 | 2,231.36 | 149.76 | 0.00 | 820.65 |
| | 310.87 | 3,618.84 | 0.00 | 1,682.36 | 617.66 |
| | 17,397.53 | 21,350.03 | 14,964.72 | 18,085.20 | 156,266.60 |
| | 7,897.68 | 12,701.97 | -820.53 | 7,823.69 | -122,852.10 |
| | **7,897.68** | **12,701.97** | **-820.53** | **7,823.69** | **-122,852.10** |